**STAMOULIS & WEINBLATT LLC**
*Intellectual Property & Delaware Corporate Law*

Richard C. Weinblatt
weinblatt@swdelaw.com

**VIA CM/ECF**

January 22, 2013

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    RE:    *Telecomm Innovations, LLC v. ATM Systems Corp.*, Civ. No. 12-1265-SLR
*Telecomm Innovations, LLC v. Brother Industries LTD., et al.*, Civ. No. 12-1266-SLR;
*Telecomm Innovations, LLC v. Canon, Inc., et al.*, Civ. No. 12-1267-SLR;
*Telecomm Innovations, LLC v. Cardtronics, Inc., et al.*, Civ. No. 12-1268-SLR;
*Telecomm Innovations, LLC v. Seiko Epson Corp., et al.*, Civ. No. 12-1269-SLR;
*Telecomm Innovations, LLC v. Konica Minolta Holdings, Inc., et al.*, Civ. No. 12-1270-SLR;
*Telecomm Innovations, LLC v. Kyocera Document Solutions, Inc. , et al.*, Civ. No. 12-1271-SLR;
*Telecomm Innovations, LLC v. Lexmark International Inc.* Civ. No. 12-1272-SLR;
*Telecomm Innovations, LLC v. NEC Corp., et al.*, Civ. No. 12-1273-SLR;
*Telecomm Innovations, LLC v. Oki Electric Industry Co., LTD, et al.*, Civ. No. 12-1274-SLR;
*Telecomm Innovations, LLC v. Panasonic Corp., et al.*, Civ. No. 12-1275-SLR;
*Telecomm Innovations, LLC v. Payment Alliance International, Inc.*, Civ. No. 12-1276-SLR;
*Telecomm Innovations, LLC v. Ricoh Company, LTD., et al.*, Civ. No. 12-1277-SLR;
*Telecomm Innovations, LLC v. Samsung Electronics Co., LTD, et al.*, Civ. No. 12-1278-SLR;
*Telecomm Innovations, LLC v. Sharp Corp., et al.*, Civ. No. 12-1279-SLR;
*Telecomm Innovations, LLC v. Toshiba Corp., et al.*, Civ. No. 12-1280-SLR;
*Telecomm Innovations, LLC v. Best Data Products, Inc., et al.*, Civ. No. 12-1326-SLR;
*Telecomm Innovations, LLC v. Dell Inc.*, Civ. No. 12-1327-SLR;
*Telecomm Innovations, LLC v. Hiro, Inc.*, Civ. No. 12-1328-SLR;
*Telecomm Innovations, LLC v. Lantronix, Inc.*, Civ. No. 12-1330-SLR;
*Telecomm Innovations, LLC v. Multi-Tech Systems, Inc.*, Civ. No. 12-1331-SLR;
*Telecomm Innovations, LLC v. Socket Mobile, Inc.*, Civ. No. 12-1332-SLR;
*Telecomm Innovations, LLC v. Startech.com, LTD., et al.*, Civ. No. 12-1333-SLR;

The Honorable Sue L. Robinson
January 22, 2013
Page 2

> *Telecomm Innovations, LLC v. TP-Link Technologies Co., LTD., et al.*, Civ. No. 12-1334-SLR;
> *Telecomm Innovations, LLC v. Trendnet, Inc.*, Civ. No. 12-1335-SLR;
> *Telecomm Innovations, LLC v. US Robotics Corp.*, Civ. No. 12-1336-SLR; and
> *Telecomm Innovations, LLC v. Zoom Technologies, Inc., et al.*, Civ. No. 12-1337-SLR

Dear Judge Robinson:

    In response to the Order of this Court dated January 8, 2013 in the above-referenced cases, counsel for Plaintiff Telecomm Innovations, LLC submits that there is a need for coordinated discovery and *Markman* proceedings as to the above cases. Telecomm Innovations proposes that a joint scheduling conference be held on March 6, 2013.

                                                               Very truly yours,

                                                               Richard C. Weinblatt (#5080)
                                                               of Stamoulis & Weinblatt LLC

cc:      All Registered Counsel (via CM/ECF)