IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ATM SYSTEMS CORPORATION,<br><br>    Defendant. | Civ. No. 12-1265-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BROTHER INDUSTRIES LTD., et al.,<br><br>    Defendants. | Civ. No. 12-1266-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CANON, INC., et al.,<br><br>    Defendants. | Civ. No. 12-1267-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CARDTRONICS, INC., et al.,<br><br>    Defendants. | Civ. No. 12-1268-SLR |

| | | |
|---|---|---|
| TELECOMM INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-1269-SLR |
| | ) | |
| SEIKO EPSON CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| TELECOMM INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-1270-SLR |
| | ) | |
| KONICA MINOLTA HOLDINGS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| TELECOMM INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-1271-SLR |
| | ) | |
| KYOCERA DOCUMENT SOLUTIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| TELECOMM INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-1272-SLR |
| | ) | |
| LEXMARK INTERNATIONAL INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>NEC CORPORATION, et al.,<br><br>   Defendants. | Civ. No. 12-1273-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>OKI ELECTRIC INDUSTRY CO., LTD, et al.,<br><br>   Defendants. | Civ. No. 12-1274-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>PANASONIC CORPORATION, et al.,<br><br>   Defendants. | Civ. No. 12-1275-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>PAYMENT ALLIANCE INTERNATIONAL, INC.,<br><br>   Defendant. | Civ. No. 12-1276-SLR |

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICOH COMPANY, LTD., et al., )<br>)<br>Defendants. ) | Civ. No. 12-1277-SLR |
| TELECOMM INNOVATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD., )<br>et al., )<br>)<br>Defendants. ) | Civ. No. 12-1278-SLR |
| TELECOMM INNOVATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHARP CORPORATION, et al., )<br>)<br>Defendants. ) | Civ. No. 12-1279-SLR |
| TELECOMM INNOVATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOSHIBA CORPORATION, et al., )<br>)<br>Defendants. ) | Civ. No. 12-1280-SLR |

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>BEST DATA PRODUCTS, INC. et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  Civ. No. 12-1326-SLR<br>)<br>)<br>)<br>) |
| TELECOMM INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>DELL INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Civ. No. 12-1327-SLR<br>)<br>)<br>)<br>) |
| TELECOMM INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>HIRO, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Civ. No. 12-1328-SLR<br>)<br>)<br>)<br>) |
| TELECOMM INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>LANTRONIX, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Civ. No. 12-1330-SLR<br>)<br>)<br>)<br>) |

| | | |
|---|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>MULTI-TECH SYSTEMS, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-1331-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>SOCKET MOBILE, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-1332-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>STARTECH.COM, LTD., et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-1333-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>TP-LINK TECHNOLOGIES CO., LTD., et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-1334-SLR |

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRENDNET, INC., )<br>)<br>Defendant. ) | Civ. No. 12-1335-SLR |
| TELECOMM INNOVATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>US ROBOTICS CORPORATION, )<br>)<br>Defendant. ) | Civ. No. 12-1336-SLR |
| TELECOMM INNOVATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZOOM TECHNOLOGIES, INC., et al., )<br>)<br>Defendants. ) | Civ. No. 12-1337-SLR |

## ORDER FOR SCHEDULING CONFERENCE

At Wilmington this 28th day of January, 2013,

IT IS ORDERED that:

1. An **in-person** scheduling conference shall be held on **Tuesday, March 19, 2013, at 3:00 p.m.** in courtroom 4B on the 4th Floor, Boggs Federal Building, 844 King Street, Wilmington, Delaware. See D. Del. LR 16.1. The conference will be held by

7

telephone if the parties are able to submit an agreed upon plan with no areas of dispute. Plaintiff's counsel shall coordinate and initiate the call to chambers.

2. Pursuant to the early disclosure requirements of Fed. R. Civ. P. 26(a)(1), counsel shall immediately exchange the following information without formal discovery requests:

> (a) identities of individuals likely to have knowledge of discoverable information that may be used to support the disclosing party's claims or defenses;
>
> (b) documents and things in the possession of counsel or the party that may be used to support the disclosing party's claims or defenses;
>
> (c) identities of experts and their opinions;
>
> (d) insurance agreements in force; and
>
> (e) statement of the basis for any damages claimed.

Counsel should **not** file any of the aforementioned with the court.

3. Prior to the teleconference scheduled herein, counsel shall confer pursuant to Fed. R. Civ. P. 26(f) and shall submit a discovery plan to the undersigned not later than 24 hours prior to the conference with the court. The discovery plan shall conform to the form of scheduling order found on Judge Robinson's website at www.ded.uscourts.gov.

4. At the teleconference with the court, all parties shall be represented by counsel who shall have full authority to bind their clients in all pretrial matters.

5. If any party hereafter enters an appearance, counsel for plaintiff shall notify said party of the above conference and forward to that party a copy of this order.

6. The parties shall advise the undersigned immediately if this matter has been settled or terminated so that the above conference may be canceled.

7. Counsel are further advised that communications to the court by FAX will not be accepted.

_____
United States District Judge