IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ATM SYSTEMS CORPORATION,<br><br>Defendant. | ) | Civ. No. 12-1265-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CARDTRONICS, INC., et al.,<br><br>Defendants. | ) | Civ. No. 12-1268-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SEIKO EPSON CORP., et al.,<br><br>Defendants. | ) | Civ. No. 12-1269-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEXMARK INTERNATIONAL INC.,<br><br>Defendant. | ) | Civ. No. 12-1272-SLR |

| | | |
|---|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PANASONIC CORPORATION, et al.,<br><br>Defendants. | ) | Civ. No. 12-1275-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PAYMENT ALLIANCE INTERNATIONAL, INC.,<br><br>Defendant. | ) | Civ. No. 12-1276-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RICOH COMPANY, LTD., et al.,<br><br>Defendants. | ) | Civ. No. 12-1277-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION, et al.,<br><br>Defendants. | ) | Civ. No. 12-1280-SLR |

| | | |
|---|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DELL INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-1327-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HIRO, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-1328-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MULTI-TECH SYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-1331-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STARTECH.COM, LTD., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-1333-SLR |

| | | |
|---|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRENDNET, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-1335-SLR |

| | | |
|---|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM TECHNOLOGIES, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-1337-SLR |

**ORDER**

At Wilmington this 19th day of June, 2013 there being a conflict in the court's schedule;

IT IS ORDERED that the discovery conference originally scheduled for Thursday, August 22, 2013, is hereby rescheduled to **Thursday, August 29, 2013, at 4:30 p.m.** in courtroom 2A on the 2nd Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

[signature]
United States District Judge