IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> ATM SYSTEMS CORPORATION, <br><br> *Defendant* | Civil Action No. 12-1265-SLR |
| TELECOMM INNOVATIONS, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> CARDTRONICS, INC., et al., <br><br> *Defendants* | Civil Action No. 12-1268-SLR |
| TELECOMM INNOVATIONS, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> SEIKO EPSON CORP., et al., <br><br> *Defendants* | Civil Action No. 12-1269-SLR |
| TELECOMM INNOVATIONS, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> LEXMARK INTERNATIONAL INC., <br><br> *Defendant* | Civil Action No. 12-1272-SLR |

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC, <br><br>        *Plaintiff* <br><br>   v. <br><br> PAYMENT ALLIANCE INTERNATIONAL, INC., <br><br>        *Defendant* | Civil Action No. 12-1276-SLR |
| TELECOMM INNOVATIONS, LLC, <br><br>        *Plaintiff* <br><br>   v. <br><br> RICOH COMPANY, LTD., et al., <br><br>        *Defendants* | Civil Action No. 12-1277-SLR |
| TELECOMM INNOVATIONS, LLC, <br><br>        *Plaintiff* <br><br>   v. <br><br> TOSHIBA CORP., et al., <br><br>        *Defendants* | Civil Action No. 12-1280-SLR |
| TELECOMM INNOVATIONS, LLC, <br><br>        *Plaintiff* <br><br>   v. <br><br> DELL INC, <br><br>        *Defendant* | Civil Action No. 12-1327-SLR |

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>   *Plaintiff*<br><br> v.<br><br>MULTI-TECH SYSTEMS, INC.,<br><br>   *Defendant* | Civil Action No. 12-1331-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>   *Plaintiff*<br><br> v.<br><br>STARTECH.COM, LTD., et al.,<br><br>   *Defendants* | Civil Action No. 12-1333-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>   *Plaintiff*<br><br> v.<br><br>TRENDNET, INC.,<br><br>   *Defendant* | Civil Action No. 12-1335-SLR |
| TELECOMM INNOVATIONS, LLC,<br><br>   *Plaintiff*<br><br> v.<br><br>ZOOM TECHNOLOGIES, INC., et al.,<br><br>   *Defendants* | Civil Action No. 12-1337-SLR |

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE**
**DISCOVERY STATUS HEARING**

In the Consolidated Scheduling Order entered on May 9, 2013 for the above-captioned cases, this Court ordered the parties to appear for an in-person discovery status conference on June 27, 2013 to discuss the status on Defendants' license defense. Plaintiff, Telecomm Innovations, LLC ("Plaintiff") hereby presents this unopposed Motion to the Court to continue the discovery status hearing to a time mutually convenient to all Parties and subject to the availability of this Court.

Due to an unforeseen scheduling conflict, Plaintiff's counsel, Tim Devlin, will be unavailable to attend the hearing as scheduled. Other Plaintiff's counsel are likewise unavailable to attend. Plaintiff has conferred with all parties regarding this matter and requests that the Court continue the June 27, 2013 discovery status hearing to the next available mutually convenient date for the Court and parties. To make scheduling in the multi-party case most efficient, Plaintiff respectfully requests that the Court provide one or more dates that the Court is available to reschedule the hearing, and the parties shall then promptly confer and inform the Court as to which date is workable for all parties. Plaintiff has conferred with all Defendants regarding this issue, and no Defendant opposes this Motion.

Dated: June 21, 2013                           STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

Timothy Devlin #4241
    tdevlin@farneydaniels.com
FARNEY DANIELS PC
1220 Market Street, Suite 850
Wilmington, DE 19801
Telephone: (302) 300-4626

*Attorneys for Plaintiff*
*Telecomm Innovations LLC*

**LOCAL RULE 7.1.1 STATEMENT**

The undersigned hereby certifies, pursuant to Delaware Local Rule 7.1.1, that counsel for the moving party has conferred with opposing counsel and confirmed that this Motion to Continue Discovery Status Hearing is unopposed.

Dated:  June 21, 2013                               STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540

*Attorneys for Plaintiff*
*Smart Audio Technologies, LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 22, 2013, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

                */s/ Richard C. Weinblatt*
                Richard C. Weinblatt #5080