# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>MULTI-TECH SYSTEMS, INC.,<br><br>        Defendant. | **Civil Action No. 1:12-CV-01331-SLR** |

## STIPULATION OF DISMISSAL OF MULTI-TECH SYSTEMS, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims brought by Plaintiff Telecomm Innovations, LLC ("TI") against Defendant Multi-Tech Systems, Inc. ("Multi-Tech") in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: November 14, 2013.

| | |
|---|---|
| */s/ Richard C. Weinblatt*<br>Stamatios Stamoulis (DE Bar No. 4606)<br>stamoulis@swdelaw.com<br>Richard C. Weinblatt (DE Bar No. 5080)<br>weinblatt@swdelaw.com<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br><br>*Attorneys for Plaintiff*<br>*Telecomm Innovations, LLC* | */s/ Karen E. Keller*<br>Karen E. Keller (DE Bar No. 4489)<br>kkeller@shawkeller.com<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br><br>*Attorney for Defendant*<br>*Multi-Tech Systems, Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2013, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

                                                  */s/ Richard C. Weinblatt*
                                                  Richard C. Weinblatt #5080